IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-mj-00171-AC |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER VACATING COURT |
| ) | TRIAL AND SETTING A STATUS |
| v. ) | CONFERENCE |
| ) | |
| MICHAEL W. McGRATH, ) | |
| ) | DATE:  November 07, 2016 |
| Defendant. ) | TIME:  9:00 a.m. |
| ) | JUDGE: Hon. Allison Claire |

It is hereby ordered that the court trial scheduled for November 07, 2016, at 9:00 a.m. is vacated.  It is further ordered that a status conference is set for January 30, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 25, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1