PHILLIP A. TALBERT
United States Attorney
Robert J. Artuz
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> MICHAEL W. MCGRATH, <br><br>  Defendant. | 2:16-mj-00171-AC <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; AND [Proposed] ORDER <br><br> DATE: January 30, 2017 <br> TIME:    9:00 a.m. <br> COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for a Status Conference on January 30, 2017.

2.   By this stipulation, the parties now jointly move to continue the Status Conference to February 14, 2017 at 2:00 p.m.

///

///

///

///

///

///

STIPULATION TO CONTINUE STATUS CONFERENCE       1

IT IS SO STIPULATED.

Dated:  January 30, 2017		PHILLIP A. TALBERT
								United States Attorney


								/s/ *Robert J. Artuz*
								Robert J. Artuz
								Special Assistant United States Attorney


Dated:  January 30, 2017		/s/ *Linda C. Allison*
								Linda C. Allison
								Counsel for Defendant
								MICHAEL W. McGRATH



								/s/ *Daniel Pickolick*
								DANIEL PICKOLICK
								Counsel for Defendant
								MICHAEL W. McGRATH

								(*Approved via email*)


## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 31st day of January, 2017.


_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE