| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | Robert J. Artuz |
| | Special Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-mj-00171-AC |
|---|---|
| Plaintiff, | STIPULATION AND [Proposed] ORDER TO CONTINUE COURT TRIAL |
| v. | |
| MICHAEL W. MCGRATH, | DATE:  May 1, 2017 |
| Defendant. | TIME:  9:00 a.m. |
| | COURT: Hon. Allison Claire |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Court Trial on May 1, 2017.

2. By this stipulation, the parties now jointly move to continue the Court Trial to June 12, 2017, at 9:00 a.m.

///
///
///
///
///
///

IT IS SO STIPULATED.

Dated:  March 27, 2017               PHILLIP A. TALBERT
                                     United States Attorney


                                      /s/ *Robert J. Artuz*
                                      Robert J. Artuz
                                      Special Assistant United States Attorney


Dated:  March 27, 2017                /s/ *Linda C. Allison*
                                      Linda C. Allison
                                      Counsel for Defendant
                                      MICHAEL W. McGRATH



                                      /s/ *Daniel Pickolick*
                                      DANIEL PICKOLICK
                                      Counsel for Defendant
                                      MICHAEL W. McGRATH

                                       (*Approved via email*)



[~~PROPOSED~~] **FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 27th day of March, 2017.


                                      _____
                                      ALLISON CLAIRE
                                      UNITED STATES MAGISTRATE JUDGE

STIP. AND ORDER TO CONTINUE COURT TRIAL            2