HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA ALLISON, #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Allison@fd.org

Attorneys for Defendant
MICHAEL W. MCGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-MJ-00171-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO VACATE BENCH TRIAL AND SET FOR A CHANGE OF PLEA HEARING |
| vs. | |
| MICHAEL W. MCGRATH, | Date: June 19, 2017 |
| Defendant. | Time: 2:00 p.m. |
| | Judge: Hon. Allison Claire |

The United States Attorney through its counsel, Special Assistant United States Attorney Robert Artuz, and Chief Assistant Federal Defender Linda C. Allison, attorney for the defendant, MICHAEL McGRATH, hereby stipulate that the bench trial set for June 12, 2017 be vacated and a change of plea hearing be set for June 19, 2017 at 2:00 p.m.

/ /

/ /

/ /

/ /

/ /

/ /

-1-

The respective parties request the court grant this stipulation in order to allow defense counsel additional time to review the proposed plea agreement with her client and continue negotiations with the government.

DATED: June 9, 2017　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　HEATHER WILLIAMS
　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　/s/ Linda Allison
　　　　　　　　　　　　　　　　　　　LINDA ALLISON
　　　　　　　　　　　　　　　　　　　Chief Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　Counsel for Defendant MICHAEL McGRATH

DATED: June 9, 2017　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　/s/ Robert Artuz
　　　　　　　　　　　　　　　　　　　ROBERT ARTUZ
　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

O R D E R

IT HEREBY ORDERED that the bench trial set for June 12, 2017 is vacated and a change of plea hearing is now set for June 19, 2017 at 2:00 p.m.

Dated: June 9, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE