UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-mj-00171-AC |
| Plaintiff, | ) **ORDER TO SHOW CAUSE** |
| v. | ) |
| MICHAEL W. McGRATH, | ) Date: August 6, 2018 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Allison Claire |

### ORDER TO SHOW CAUSE AND ISSUE NOTICE TO APPEAR

It is Hereby Ordered that the defendant shall appear on August 6, 2018, at 9:00 a.m. to show cause why the probation granted on June 22, 2017, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a notice to appear directing the defendant to appear on August 6, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 5, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE